# UNITED STATES DISTRICT COURT
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>FINAL EXPENSE DIRECT, INC.<br><br>Defendant. | Case No. 2:22-cv-00045-PLD |

## PLAINTIFF'S NOTICE OF DISMISSAL

The plaintiff files Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

**/s/ *Anthony I. Paronich***
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

Dated: March 2, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed through the Court's CM/ECF system on March 2, 2022.

**/s/ *Anthony I. Paronich***
Anthony I. Paronich