# UNITED STATES DISTRICT COURT
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff<br><br>vs.<br><br>FINAL EXPENSE DIRECT, INC.<br><br>       Defendant. | Case No. 2:22-cv-00045-PLD |

## PLAINTIFF'S CERTIFICATE OF SERVICE REGARDING NOTICE OF DISMISSAL

The plaintiff files this document to advise that his counsel e-mailed the Plaintiff's Notice of Dismissal (ECF No. 7) at 1:50 PM EST to counsel of record for the Defendant.

                  Respectfully submitted,

                  **/s/ *Anthony I. Paronich***
                  Anthony I. Paronich
                  Paronich Law, P.C.
                  350 Lincoln Street, Suite 2400
                  Hingham, MA 02043
                  (508) 221-1510
                  anthony@paronichlaw.com

                  *Counsel for Plaintiff*

Dated: March 2, 2022